UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TERESA M. POZNICH, CASE NO. 16-CV-20546-MGC

Plaintiff(s),

vs.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

Defendant(s). /

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, TERESA M. POZNICH and the Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their undersigned legal counsel, hereby jointly stipulate and move that this cause be dismissed, with prejudice, including all claims that were or could have been raised in this action, each party bearing its own costs and attorney's fees.

DATED: September 30, 2016

By: */s/ Alexander Palamara*
ALEXANDER PALAMARA, ESQ.
Fla. Bar No. 0037170
DELL & SCHAEFER
Attorneys for Plaintiff
2404 Hollywood Blvd.
Hollywood, FL 33020
(954) 620-8300
(800) 531-8935
Alex@diattorney.com

By: */s/ Lee W. Marcus*
LEE W. MARCUS, ESQ.
Fla. Bar No. 967076
MARCUS & MYERS, P.A.
Attorneys for Defendant
1515 Park Center Drive, Ste 2G
Orlando FL 32835
(407) 447-2550
(407) 447-2551 fax
Lmarcus@marcusmyerslaw.com